# United States District Court

## DISTRICT OF _____

Frederick Perry
    Plaintiff

V.

Luis Spencer
    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, __Frederick Perry_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

That I am presently incarcerated in violation of both the United States Constitution and Massachusetts Declaration of Rights.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes     [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Mass. Correctional Institution at Norfolk__

   Are you employed at the institution? __Yes__    Do you receive any payment from the institution? __Yes__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    [X] Yes     [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
   Employed as a Janitor in the General Library at $1.50 per day

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [X] No
   b. Rent payments, interest or dividends    [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes   [X] No
   d. Disability or workers compensation payments    [ ] Yes   [X] No
   e. Gifts or inheritances    [X] Yes   [ ] No
   f. Any other sources    [ ] Yes   [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   I received $10. from Everett Clark; and $25. from John O'Madigan

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.   N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

| DATE | SIGNATURE OF APPLICANT |
|---|---|
| Nov. 19, 2004 | Frederick Perry |

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 6H.81 on account to his/her credit at (name of institution) MCI NORFOLK . I further certify that the applicant has the following securities to his/her credit: ∅ . I further certify that during the past six months the applicant's average balance was $ 32.18 .

| DATE | SIGNATURE OF AUTHORIZED OFFICER |
|---|---|
| 11/9/04 | Marsha A. Collin |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20041109 08:31

| Commit# : | W62347 | | | MCI NORFOLK | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Name : | PERRY, FREDERICK, H. | | | Statement From | 20040501 | | |
| Inst : | MCI NORFOLK | | | To | 20041109 | | |
| Block : | 3-3 | | | | | | |
| Cell/Bed : | 208 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $845.53 | $813.50 | $0.02 | $0.02 |
| 20040505 23:01 | PY - Payroll | 2761594 | | NOR | ~20040418 To 20040424 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040506 22:30 | CN - Canteen | 2768930 | | NOR | ~Canteen Date : 20040506 | $0.00 | $24.51 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2790253 | | NOR | ~20040425 To 20040501 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2797828 | | NOR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2834010 | | NOR | ~20040502 To 20040508 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2863487 | | NOR | ~20040509 To 20040515 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040527 22:30 | CN - Canteen | 2870061 | | NOR | ~Canteen Date : 20040527 | $0.00 | $16.41 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886740 | | NOR | ~20040516 To 20040522 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2919482 | | NOR | ~20040523 To 20040529 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2927584 | | NOR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2945043 | | NOR | ~Canteen Date : 20040610 | $0.00 | $17.68 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2966155 | | NOR | ~20040530 To 20040605 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040617 12:24 | ML - Mail | 2971022 | | NOR | ~SEGUOIA CLARK | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994810 | | NOR | ~20040606 To 20040612 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040624 22:30 | CN - Canteen | 3001674 | | NOR | ~Canteen Date : 20040624 | $0.00 | $14.48 | $0.00 | $0.00 |
| 20040630 23:02 | PY - Payroll | 3023549 | | NOR | ~20040613 To 20040619 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040707 23:02 | PY - Payroll | 3052526 | | NOR | ~20040620 To 20040626 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3061079 | | NOR | ~Canteen Date : 20040708 | $0.00 | $12.73 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3075543 | | NOR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040714 23:02 | PY - Payroll | 3097358 | | NOR | ~20040627 To 20040703 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040721 23:01 | PY - Payroll | 3125959 | | NOR | ~20040704 To 20040710 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040726 15:53 | IC - Transfer from Inmate to Club A/c | 3140274 | | NOR | ~FRANKLIN COUNTY DISTRICT ATTORNEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20040727 10:06 | IC - Transfer from Inmate to Club A/c | 3143598 | | NOR | ~MASS SUPREME JUDICIAL COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.00 | $0.00 | $0.00 |
| 20040728 23:01 | PY - Payroll | 3154182 | | NOR | ~20040711 To 20040717 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040729 22:30 | CN - Canteen | 3161623 | | NOR | ~Canteen Date : 20040729 | $0.00 | $19.03 | $0.00 | $0.00 |
| 20040804 11:03 | IC - Transfer from Inmate to Club A/c | 3173620 | | NOR | ~CHAPEL FUND - Z24~CHAPEL FUND - Z24 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040804 23:02 | PY - Payroll | 3182209 | | NOR | ~20040718 To 20040724 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3209567 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3226616 | | NOR | ~20040725 To 20040731 | $7.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date:** 20041109 08:31

Page: 2

| | | | | | |
|---|---|---|---|---|---|
| Commit#: | W62347 | | | MCI NORFOLK | |
| Name: | PERRY, FREDERICK, H. | | Statement From | 20040501 | |
| Inst: | MCI NORFOLK | | To | 20041109 | |
| Block: | 3-3 | | | | |
| Cell/Bed: | 208 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040818 23:01 | PY - Payroll | 3254713 | | NOR | ~20040801 To 20040807 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040819 22:30 | CN - Canteen | 3262983 | | NOR | ~Canteen Date : 20040819 | $0.00 | $20.09 | $0.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3283443 | | NOR | ~20040808 To 20040814 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040901 23:02 | PY - Payroll | 3311630 | | NOR | ~20040815 To 20040821 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3335770 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040908 23:02 | PY - Payroll | 3352753 | | NOR | ~20040822 To 20040828 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040909 22:30 | CN - Canteen | 3361273 | | NOR | ~Canteen Date : 20040909 | $0.00 | $15.76 | $0.00 | $0.00 |
| 20040915 23:01 | PY - Payroll | 3382626 | | NOR | ~20040829 To 20040904 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040922 23:02 | PY - Payroll | 3411119 | | NOR | ~20040905 To 20040911 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040923 22:30 | CN - Canteen | 3418724 | | NOR | ~Canteen Date : 20040923 | $0.00 | $11.85 | $0.00 | $0.00 |
| 20040929 23:03 | PY - Payroll | 3438509 | | NOR | ~20040912 To 20040918 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041006 23:03 | PY - Payroll | 3469441 | | NOR | ~20040919 To 20040925 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3479053 | | NOR | ~Canteen Date : 20041007 | $0.00 | $19.57 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3501024 | | NOR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516653 | | NOR | ~20040926 To 20041002 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041020 23:01 | PY - Payroll | 3548877 | | NOR | ~20041003 To 20041009 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041021 22:30 | CN - Canteen | 3557857 | | NOR | ~Canteen Date : 20041021 | $0.00 | $16.42 | $0.00 | $0.00 |
| 20041027 23:02 | PY - Payroll | 3578785 | | NOR | ~20041010 To 20041016 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041101 11:41 | ML - Mail | 3594852 | 116 | NOR | ~JOHN "DAYHAWK"OMADIGAN~OMADIGAN, JOHN "DAYHAWK", , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041101 11:41 | MA - Maintenance and Administration | 3594854 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041103 23:02 | PY - Payroll | 3611677 | | NOR | ~20041017 To 20041023 | $7.50 | $0.00 | $0.00 | $0.00 |
| | | | | | | $237.75 | $204.97 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $64.81 | $0.00 |

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $64.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |