UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Frederick Perry,
        Petitioner

v.

Luis Spencer,
        Respondent

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Now comes Frederick Perry, pro se, who moves this Honorable Court, pursuant to 18 U.S.C., § 3006A(a)(2)(B), to appoint counsel to represent him in the above matter.

In support of this motion, the petitioner directs the Court to his attached Affidavit In Support thereof.

WHEREFORE, for the reasons stated above and in the interests of justice, the petitioner prays this Honorable Court will appoint counsel to represent him in the above matter.

Respectfully submitted,

*Frederick Perry*
Frederick Perry
MCI-Norfolk
2 Clark St./P.O. Box 43
Norfolk, MA. 02056-0043

DATE: Nov. 19, 2004