UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Frederick Perry,
    Petitioner

v.

Luis Spencer,
    Respondent

PETITIONER'S AFFIDAVIT IN SUPPORT OF
MOTION FOR APPOINTMENT OF COUNSEL

I, Frederick Perry, on oath states the following facts on personal knowledge:

1) I am the petitioner in the above matter and submit this affidavit in support of my motion for appointment of counsel;

2) I am presently serving a sentence of Life Without the Possibility of Parole, as well as 15-20 years concurrent at Massachusetts Correctional Institution at Norfolk;

3) At all times during trial and on direct appeal I was represented by Court appointed counsel;

4) I lack a basic knowledge and understanding of legal proceedings which includes the ability to draft legal documents;

5) I have previously filed a State motion for new trial and appeal of such pro se;

6) I have submitted numerous substantial and complex legal and factual issues, including ineffective assistance of

- 2 -

counsel, the admission of statements to the police elicited in violation of Miranda, and numerous other issues;

7)  Without the assistance of counsel in this matter I will be unable to adequately format and present the relevant facts and applicable law to this Court.

Signe dunder the pains and penalties of perjury.

Respectfully submitted,

*Frederick Perry*
Frederick Perry
MCI-Norfolk
2 Clark St./P.O. Box 43
Norfolk, MA. 02056-0043

DATE: Nov. 19, 2004