UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK PERRY,<br>    Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>    Respondent. | Civil Action No. 04-12529-RWZ |

**NOTICE OF APPEARANCE**

    Undersigned counsel hereby enters his appearance on behalf of Luis Spencer, respondent in the above-titled action.

                  Respectfully submitted,

                  THOMAS F. REILLY
                  ATTORNEY GENERAL

                  /s/ David M. Lieber
                  David M. Lieber (BBO# 653841)
                  Assistant Attorney General
                  Criminal Bureau
                  One Ashburton Place
                  Boston, Massachusetts  02108
                  (617) 727-2200 ext.2827

                  ATTORNEYS FOR RESPONDENT

Dated: December 14, 2004