Case 1:04-cv-12529-RWZ    Document 6    Filed 01/31/2005    Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK PERRY,<br>   Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>   Respondent. | Civil Action<br>No. 04-12529-RWZ |

## **ANSWER**

  Respondent, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, answers the numbered paragraphs of the petition for writ of habeas corpus as follows:

  1.  Admitted.

  2.  Admitted.

  3.  Admitted.

  4.  Admitted. Respondent further states that Petitioner was also charged with aggravated rape; the trial court allowed Petitioner's motion for a finding of not guilty on that count.

  5.  Admitted.

  6.  Admitted.

  7.  Admitted.

  8.  Admitted.

  9.  Respondent admits the allegations in ¶¶ 9(a)-(c). Respondent admits that the grounds raised in the direct appeal are those set forth in Appellant's Brief, included in the Supplemental Answer. Paragraph 9(e)-(f) contains no allegations, and to the extent that answer

is required, respondent denies ¶¶ 9(e)-(f).

10. Admitted.

11. Respondent admits the allegations in ¶¶ 11(a)(1)-(2). Respondent admits that the grounds raised in the Motion for New Trial are those set forth in Appellant's Motion for New Trial, included in the Supplemental Answer. Respondent admits the allegation in ¶ 11(a)(4). Paragraphs 11(a)(5)-(d) contain no allegations, and to the extent that answer is required, respondent denies ¶¶ 11(a)(5)-(d).

12. Respondent admits that these are the grounds upon which the petitioner claims in this petition that he is being held unlawfully. To the extent that the paragraph contains any other factual allegations requiring a response, such allegations are denied, and respondent further denies that any of the grounds stated in this paragraph show that petitioner is being held unlawfully.

13. Paragraph 13 contains no allegations, and to the extent that answer is required, respondent denies ¶ 13.

14. Respondent states that he lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained in ¶ 14 of the petition, and the allegation in ¶ 14 is therefore denied.

15. Admitted.

16. Admitted.

17. Respondent lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained in ¶ 17 of the petition, and therefore denies the allegation.

### FIRST AFFIRMATIVE DEFENSE

18. The judgments of the state court rest on adequate and independent state law grounds barring habeas corpus relief.

### SECOND AFFIRMATIVE DEFENSE

19. Relief is barred by Petitioner's failure to present his claims in state court in a procedurally proper fashion.

### THIRD AFFIRMATIVE DEFENSE

20. Relief is barred by the statute of limitations. 28 U.S.C. § 2244(d)(1).

### FOURTH AFFIRMATIVE DEFENSE

21. The petitioner fails to state a claim upon which habeas corpus relief can be granted.

### FIFTH AFFIRMATIVE DEFENSE

22. Respondent does not waive the exhaustion requirement. 28 U.S.C. § 2254(b)(3).

### SIXTH AFFIRMATIVE DEFENSE

23. Petitioner seeks to create or apply a new rule of constitutional law that may not be applied retroactively on collateral review.

24. Further answering, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, Respondent will also file a Supplemental Answer consisting of the following documents from Petitioner's state court proceedings:

**Direct Appeal–*Massachusetts Supreme Judicial Court*, No. SJC-08041**

    A.    Docket Sheets

    B.    Brief for the Defendant-Appellant

    C.    Defendant's Record Appendix

D.      Brief for the Commonwealth

E.      Commonwealth's Record Appendix

F.      Defendant's Reply Brief

G.      Opinion of the Court, *Commonwealth v. Perry*, 432 Mass. 214, 733 N.E.2d 83 (2000)

**New Trial Motion–*Franklin County Superior Court*, No. 95-038**

H.      Defendant's Motion for New Trial Pursuant to Mass.R.Crim.P. Rule 30

I.      Memorandum of Decision on Defendant's Motion for New Trial

**Gatekeeper Petition–*Supreme Judicial Court (Suffolk County)*, No. SJ-2002-0115**

J.      Docket Sheets

K.      Petition for Leave to Appeal

L.      Commonwealth's Opposition

M.      Defendant's Reply

N.      Defendant's Supplemental Memorandum

O.      Memorandum and Order of the Supreme Judicial Court for Suffolk County.

25.      In addition, the transcripts of the following proceedings in the trial court are available and will be provided to the Court upon request: Trial Volumes 5, 6, 7, 8, 9, 10, 11, 12, 13 and 14 (proceedings of March 7, 10, 11, 12, 13, 14, 17, 18, 19 and 20, 1997).

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ David M. Lieber

        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2827

        ATTORNEYS FOR RESPONDENT

Dated: January 31, 2005