UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12529-RWZ

FREDERICK PERRY

v.

LUIS SPENCER

PROCEDURAL ORDER

February 11, 2005

ZOBEL, D.J.

The court appreciates respondent's helpful answer. When assembled, he shall file the state court record as outlined. The court does not now request submission of the trial transcripts referenced in paragraph 25 of the answer.

Any dispositive motions shall be filed within 30 days after submission of the record and any opposition, within 30 days thereafter. If respondent does not move to dismiss, petitioner shall file his brief on the merits within 60 days after submission of the record. Respondent's opposition brief shall be due 30 days after petitioner's brief.

|  |  |
|---|---|
| DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |