FILED
CLERKS OFFICE

2005 APR 28  A 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

Frederick Perry
W-62347   Unit 3-3
MCI - Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

U.S. District Court                    April 26, 2005
District of Massachusetts
Office of the Clerk
U.S. Courthouse
1 Courthouse Way., Suite 2300
Boston, MA. 02210

RE: Perry v. Spencer
    No. 04-12529-RWZ

Dear Clerk,

I am writing to seek information
pertaining to the above referenced case.
Will I be notified upon completion of
the record by the Commonwealth? Can
I ask for an extension of time to file
my brief?

Any and all assistance that you
can and do provide will be greatly
appreciated. Thank you for your time
and prompt, considerate attention
and response. God bless!

Respectfully,

Frederick Perry