UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK PERRY,        )
        Petitioner     )
                       )
                       )
    v.                 )       Civil Action
                       )       No. 04 12529-RWZ
                       )
                       )
LUIS SPENCER,          )
        Respondent     )

MOTION FOR THE ENLARGEMENT OF TIME
TO FILE 28 U.S.C. § 2254 HABEAS CORPUS BRIEF

Now comes the Petitioner in the above-entitled matter and respectfully moves this Honorable Court to enlarge the time for the Petitioner to file his Habeas Corpus brief pursuant to 28 U.S.C. § 2254.

1. Petitioner says that he is unrepresented by counsel and is not educated in the rules of Federal procedure;

2. Petitioner has filed an Extension of Page Limit Motion;

3. Petitioner has filed a Motion for the Appointment of Counsel in these proceedings and wwaits a response and ruling from this Honorable Court.

For the foregoing reasons the Petitioner prays this Honorable Court will extend the time for filing his brief in this Matter until September 1, 2005.

Respectfully submitted,

*Frederick Perry*
Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

JUNE 17, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERICK PERRY,       )
        Petitioner    )
                      )
                      )
    v.                )    Civil Action
                      )    No. 04-12529-RWZ
                      )
                      )
LUIS SPENCER,         )
        Respondent    )

MOTION TO EXTEND PAGE LIMIT OF
28 U.S.C., § 2254 HABEAS CORPUS BRIEF

Now comes the Petitioner in the above-entitled matter and respectfully moves this Honorable Court to allow him to extend the page limit of his 28 U.S.C., § 2254 Habeas Corpus brief to 120 pages including Table of Authorities, Table of Contents, Statement of Prior Proceedings, Statement of Facts Statement of Case, Issue Presented pages, and Argument.

1. Petitioner says that he is raising 21 substantial and meritorious issues for review;

2. Petitioner says that the 50-page limit as cited in Rule 32(a)(7) of the Federal Rules of Appellate Procedure is insufficient in that it will prevent him from properly arguing the issues he seeks to raise;

3. Petitioner says that the Table of Authorities, Table of Contents, Statement of Prior Proceedings, Statement of Case, Statement of Facts, and the Issues Presented pages will exceed 30 pages.

- 2 -

    Petitioner requests an extension from the 50-page limit to a 120-page limit so as to allow him to properly argue his issues in their entirety.

    Petitioner prays this Honorable Court will allow this motion forthwith.

                              Respectfully submitted,

                              *Frederick Perry*
                              Frederick Perry
                              MCI-Norfolk
                              P.O. Box 43
                              Norfolk, MA. 02056-0043

June 17, 2005