UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FREDERICK PERRY,            )
          Petitioner       )
                           )
                           )
     v.                    )        Civil Action
                           )        No. 04-12529-RWZ
                           )
LUIS SPENCER,              )
          Respondent       )
```

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT to 18 U.S.C. § 3006A(a)(2)(B)

Now comes the petitioner in the above-entitled matter
and respectfully moves this Honorable Court, pursuant to
18 U.S.C., § 3006A(a)(2)(B), to appoint counsel to represent
him in the above matter.

In support of this motion the Petitioner says the
following:

1. I am the petitioner in this matter;

2. At all times during trial and on direct appeal I was
represented by Court appointed counsel;

3. I lack a basic knowledge and understanding of legal
principles which includes the ability to properly draft legal
documents;

4. I have submitted numerous substantial and complex legal
and factual issues including ineffective assistance of couns
counsel, the admission of statements to the police elicited
in violation of Miranda, and numerous other issues.

- 2 -

5. Without the assistance of counsel in this matter I will be unable to adequately format and present the relevant facts and applicable law to this Court.

Signed under the pains and penalties of perjury.

Respectfully submitted,

Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

June 17, 2005