Frederick Perry
W-62347  Unit 3-3
MCI-Norfolk
P.O. Box 43
Norfolk, MA  02056-0043

U.S. District Court  July 12, 2005
Office of the Clerk
U.S. Courthouse
1 Courthouse Way Suite 2300
Boston MA  02210

RE: Civil Action No. 04-12529-RWZ

Dear Clerk;

    I am writing to seek the status of my Motion To Extend Page Limit, Motion For Enlargement of Time to File, and Motion for Appointment of Counsel which I filed on June 17, 2005.
    Any and all assistance that you can and do provide to me will be greatly appreciated. Thank you for your time and prompt, considerate attention and response.

                              Respectfully,

                              Frederick Perry