UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK PERRY,<br>    Petitioner<br><br>v.<br><br>LUIS SPENCER,<br>    Respondent | Civil Action<br>No. 04-12529-RWZ |

MOTION TO EXTEND PAGE LIMIT OF
28 U.S.C., § 2254 HABEAS CORPUS BRIEF

Now comes the Petitioner in the above-entitled matter and respectfully moves this Honorable Court to allow him to extend the page limit of his 28 U.S.C., § 2254 Habeas Corpus brief to 120 pages including Table of Authorities, Table of Contents, Statement of Prior Proceedings, Statement of Facts Statement of Case, Issue Presented pages, and Argument.

1. Petitioner says that he is raising 21 substantial and meritorious issues for review;

2. Petitioner says that the 50-page limit as cited in Rule 32(a)(7) of the Federal Rules of Appellate Procedure is insufficient in that it will prevent him from properly arguing the issues he seeks to raise;

3. Petitioner says that the Table of Authorities, Table of Contents, Statement of Prior Proceedings, Statement of Case, Statement of Facts, and the Issues Presented pages will exceed 30 pages.

*[Handwritten note: Allowed to the extent that the "Argument" portion of the brief may be up to 50 pp. The Statement of Facts may be up to 10 pp. The remaining parts of the brief are not limited. /s/ Zobel, J. 7/26/05]*

- 2 -

Petitioner requests an extension from the 50-page limit to a 120-page limit so as to allow him to properly argue his issues in their entirety.

Petitioner prays this Honorable Court will allow this motion forthwith.

Respectfully submitted,

*Frederick Perry*
Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

June 17, 2005

CERTIFICATE OF SERVICE

    I, Frederick Perry, the Petitioner, do hereby certify that I have served upon the Office of the Attorney General a true and complete copy of my Motion For appointment Of Counsel, Motion For Enlargement Of Time To File Habeas Corpus Brief, and Motion To Extend Page Limit of Habeas Corpus brief by mailing same to One Ashburton Place Boston MA 02108. Signed under the pains and penalties of perjury this 17th day of June 2005.

                                        Respectfully submitted,

                                        *Frederick Perry* (signature)
                                        Frederick Perry