UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK PERRY,<br>    Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>    Respondent. | )<br>)<br>)<br>)<br>)    Civil Action No. 04-12529-RWZ<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE
<u>MEMORANDUM IN OPPOSITION TO PETITION FOR HABEAS CORPUS</u>**

Respondent moves that this Court enlarge the time to file Respondent's memorandum of law in opposition to the petition for habeas corpus, and to extend the deadline to file a memorandum of law to October 15, 2005. In support of the motion, Respondent states that:

1. Pursuant to the Court's scheduling order of February 11, 2005, Respondent's memorandum in opposition to the petition is currently due September 15, 2005.

2. Petitioner's memorandum of law in support of the petition argues approximately eighteen separate grounds for relief, and is in excess of fifty pages.

3. Because of the numerous issues raised by Petitioner in his memorandum of law, as well as the press of other business, undersigned counsel requires additional time to adequately respond to Petitioner's memorandum.

4. Respondent has not requested any other extensions of this deadline.

For these reasons, Respondent respectfully requests that the time to file a memorandum of law in opposition to the petition be enlarged, and that the deadline to file Respondent's memorandum be extended to October 15, 2005.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ David M. Lieber
    David M. Lieber (BBO# 653841)
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200 ext.2827

    ATTORNEYS FOR RESPONDENT

Dated: September 14, 2005