UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
FREDERICK PERRY,                    )
     Petitioner,                    )
                                    )
v.                                  )     Civil Action No. 04-12529-RWZ
                                    )
LUIS SPENCER,                       )
     Respondent.                    )
_____)

**SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE
MEMORANDUM IN OPPOSITION TO PETITION FOR HABEAS CORPUS**

Respondent moves that this Court enlarge the time to file Respondent's memorandum of law in opposition to the petition for habeas corpus, and to extend the deadline to file a memorandum of law to November 15, 2005.  In support of the motion, Respondent states that:

1. Pursuant to the Court's order of September 19, 2005, Respondent's memorandum in opposition to the petition is currently due October 15, 2005.

2. Petitioner's memorandum of law in support of the petition argues approximately eighteen separate grounds for relief, and is in excess of fifty pages.

3. Undersigned counsel has been required to attend to the following other pressing matters, the dates of which could not be moved, and which have prevented completion of Respondent's memorandum of law by the October 15 deadline:

    a. Preparation for oral argument in *Petrillo v. O'Neill*, No. 05-1555, argued in the First Circuit Court of Appeals on October 3, 2005;

    b. Preparation for oral argument in *Furr v. Spencer*, No. 05-1159, argued in the First Circuit Court of Appeals on October 4, 2005;

  c. Preparation of Respondent's Brief in Opposition to Petition for Ceritorari in *Farley v. Massachusetts*, 05-5447, due in the United States Supreme Court on October 24, 2005; and

  d. Preparation for oral argument in *Commonwealth v. Litwinsky*, No. 04-P-1737, to be argued in the Massachusetts Appeals Court on November 3, 2005.

4. Respondent has requested one other extension of this deadline, which was for thirty days.

For these reasons, Respondent respectfully requests that the time to file a memorandum of law in opposition to the petition be enlarged, and that the deadline to file Respondent's memorandum be extended to November 15, 2005.

            Respectfully submitted,

            THOMAS F. REILLY
            ATTORNEY GENERAL

            /s/ David M. Lieber
            David M. Lieber (BBO# 653841)
            Assistant Attorney General
            Criminal Bureau
            One Ashburton Place
            Boston, Massachusetts 02108
            (617) 727-2200 ext.2827

            ATTORNEYS FOR RESPONDENT

Dated: October 14, 2005