UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK PERRY, )<br>)<br>     Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER, )<br>)<br>     Respondent. )<br>) | No. 04-CV-12529-RWZ |

## SUBSTITUTION OF APPEARANCE

Please substitute the appearance of the undersigned, for that of David M. Lieber, as counsel for the respondent in the above-entitled matter.

/s/ Cathryn A. Neaves
Cathryn A. Neaves (BBO #556798)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2557

Dated: November 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Frederick Perry, on November 14, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Frederick Perry, MCI-Norfolk, 2 Clark Street, Norfolk, Massachusetts 02056-0043.

/s/ Cathryn A. Neaves
Cathryn A. Neaves