UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREDERICK PERRY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER, )<br>)<br>Respondent. ) | No. 04-CV-12529-RWZ |

**MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONDENT'S MEMORANDUM IN OPPOSITION
TO THE MERITS OF THE PETITION FOR WRIT OF HABEAS CORPUS**

The respondent hereby respectfully requests that this Court grant him a 60-day enlargement of the time within which he must file his memorandum opposing the merits of the 17 issues presented in the instant petition for a writ of habeas corpus, to January 13, 2006. In support of the motion, the respondent states that undersigned counsel, who just entered an appearance in this case, requires the 60 days to complete the substantial amount of work that responding to the merits of a 17-issue petition demands. David Lieber, the assistant attorney general who has handled this case to date, is about to leave the Office for a three-month hiatus and is burdened by a number of other time-sensitive matters that must be attended to before his departure. Undersigned counsel is Chief of the Appellate Division and transferred this case to herself. Undersigned counsel does not anticipate asking for any further enlargements of time and intends to begin work on the memorandum immediately.

WHEREFORE, the respondent respectfully requests that this Court grant him until January 13, 2006 to file a memorandum opposing the merits of the petition for writ of habeas corpus.

                                                  Respectfully submitted,

                                                  THOMAS F. REILLY
                                                  ATTORNEY GENERAL

                                                  /s/ Cathryn A. Neaves
                                                  Cathryn A. Neaves
                                                  Assistant Attorney General
                                                  Criminal Bureau
                                                  One Ashburton Place
                                                  Boston, Massachusetts 02108
                                                  (617) 727-2200 ext. 2557
                                                  BBO No. 556798

Dated:  November 14, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the petitioner, Frederick Perry, on November 14, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:  Frederick Perry, MCI-Norfolk, 2 Clark Street, Norfolk, Massachusetts 02056-0043.

                                                  /s/  Cathryn A. Neaves
                                                  Cathryn A. Neaves