UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Frederick Perry,    )
      Petitioner   )
                    )
                    )
      v.            )   Civil Action No. 04-12529-RWZ
                    )
                    )
Luis Spencer,       )
      Respondent   )
```

MOTION FOR ENLARGEMENT OF TIME TO FILE
PETITIONER'S REPLY TO RESPONDENT'S
OPPOSITION TO PETITION FOR HABEAS CORPUS

Petitioner moves this Honorable Court to enlarge the time to file Petitioner's reply to Respondent's opposition to petition fore habeas corpus, and extend the deadline for filing such to March 10, 2006. In support of this motion, Petitioner states that:

He is uneducated in the law and therefore will need the additional time to research and prepare a proper reply in response to the Respondent's opposition to petition for habeas corpus.

Petitioner has also filed a Motion For the Appointment of Counsel and is awaiting a response from this Honorable Court on that motion.

Petitioner has not requested any other extension of this deadline.

For these reasons, Petitioner respectfully requests that the time to file his Reply to Respondent's opposition be enlarged, and that the deadline to file Petitioner's reply be

extended to March 10, 2006.

                                        Respectfully submitted,

                                        *Frederick Perry*
                                        Frederick Perry
                                        MCI-Norfolk
                                        P.O. Box 43
                                        Norfolk, MA. 02056-0043

DATE: *January 25, 2006*

CERTIFICATE OF SERVICE

I, Frederick Perry, do hereby certify that I have served upon the Massachusetts Attorney General's Office located at One Ashburton Place Boston, MA. 02108, a true and complete copy of both my Motion for Enlargement of Time For Filing Petitioner's Reply to Respondent's Opposition to Petition For Habeas Corpus and my Motion For Appointment Of Counsel. Signed this 25 day of January, 2006.

Respectfully submitted,

*Frederick Perry*
Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043