UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR -6  P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

Frederick Perry,          )
          Petitioner      )
                          )
                          )
          v.              )      Civil Action No. 04-12529-RZW
                          )
                          )
Luis Spencer,             )
          Respondent      )

MOTION FOR ENLARGEMENT OF TIME TO FILE
PETITIONER'S REPLY TO RESPONDENT'S
OPPOSITION TO PETITION FOR HABEAS CORPUS

Petitioner moves this Honorable Court to enlarge the
time to file Petitioner's reply to Respondent's opposition
to petition fore habeas corpus, and extend the deadline for
filing such to June 9, 2006. In support of this motion,
Petitioner states that:

He is uneducated in the law and therefore will need the
additional time to research and prepare a proper reply in
response to the Respondent's opposition to petition for
habeas corpus.

Petitioner has also filed a Motion for the Appointment
of Counsel and is awaiting a response from this Honorable
Court on that motion.

Petitioner has requested one extension of this
deadline.

For these reasons, Petitioner respectfully requests that
the time to file his Reply to Respondent's opposition be
enlarged, and that the deadline to file Petitioner's reply be

extended to June 9, 2006

Respectfully submitted,

*Frederick Perry*
Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

DATE: *March 4, 2006*

CERTIFICATE OF SERVICE

I, Frederick Perry, do hereby certify that I have served upon the Massachusetts Attorney General' Office located at One Ashburton Place, Boston, MA. 02108, a true and complete copy of both my Motion For Enlargement of Time For Filing Petitioner's Reply to Respondent's Opposition to Petition For Habeas Corpus and my Request For Ruling On Petitioner's Motion For Appointment of Counsel. Signed this 4th day of March, 2006.

Respectfully submitted,

*Frederick Perry*

Frederick Perry

P.O. Box 43

Norfolk, MA. 02056-0043