UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR -6  P 3:20

U.S. DISTRICT COURT
DISTRICT OF MASS

Frederick Perry, )
    Petitioner )
    )
    )
    v. )   Civil Action No. 04-12529-RWZ
    )
    )
Luis Spencer, )
    Respondent )

REQUEST FOR RULING ON PETITIONER'S
MOTION FOR APPOINTMENT OF COUNSEL

    Now comes the Petitioner in the above-entitled action and respectfully requests this Honorable Court to issue a ruling on his Motion For Appointment of Counsel.

    Petitioner says that he is unable to properly prepare and present a reply to the Respondent's Opposition To Petitioner's petition for Habeas Corpus.

    Petitioner further says that he has filed two motions requesting appointment of counsel in this Court, neither of which have been ruled upon.

    Petitioner will be greatly disadvantaged should the Court fail to appoint counsel in this matter.

    Therefore, Petitioner prays this Honorable Court will rule in favor of appointment of counsel forthwith.

Respectfully submitted,

*Frederick Perry*
Frederick Perry
P.O. Box 43
Norfolk, MA. 02056-0043

DATE: March 4, 2006