UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Frederick Perry,  )
    Petitioner )
           )
           )
    v.      )  Civil Action No.
           )  04-12529-RWZ
           )
Luis Spencer,  )
    Respondent )

FILED
IN CLERKS OFFICE
2006 MAR 20 P 12:30
U.S. DISTRICT COURT
DISTRICT OF MASS

**PETITIONER'S MOTION FOR RECONSIDERATION
OF PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the Petitioner, who respectfully moves this Honorable Court, pursuant to 18 U.S.C., § 3006A(a)(2)(B), to reconsider Petitioner's Motion for Appointment of Counsel in the above-entitled matter.

In support of this motion, the Petitioner directs the Court to his attached affidavit in support thereof.

WHEREFORE, for the reasons stated above , in the interests of justice and the reasons set forth in the Petitioner's affidavit, the Petitioner prays this Honorable Court will reconsider his Motion for Appointment of Counsel and appoint counsel to represent him forthwith.

Respectfully submitted,

DATE: *March 18, 2006*

*Frederick Perry*
Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 MAR 20 P 12:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

Frederick Perry, )
    Petitioner )
       )
       )
v. )    Civil Action No.
       )    04-12529-RWZ
       )
Luis Spencer, )
    Respondent )

PETITIONER'S AFFIDAVIT IN SUPPORT OF PETITIONER'S
MOTION FOR RECONSIDERATION OF PETITIONER'S MOTION FOR
APPOINTMENT OF COUNSEL

    I, Frederick Perry, on oath states the following facts on personal knowledge:

    1) I am the Petitioner in this matter and submit this affidavit in support of my Motion For Reconsideration Of Petitioner's Motion For Appointment of Counsel;

    2) I am presently serving a sentence of Life Without the Possibility of Parole, as well as 15-20 years concurrent at Massachusetts Correctional Institute at Norfolk;

    3) At all times during trial and on direct appeal I was represented by Court appointed counsel;

    4) I lack a basic knowledge and understanding of legal proceedings which includes the ability to properly draft legal documents;

    5) I have submitted numerous substantial and complex legal and factual issues, including, but not limited to, ineffective assistance of counsel, both trial and appellate, the admission of statements to the police elicited in vio-

- 2 -

lation of Miranda, and numerous other issues;

6) Without the assistance of counsel in this matter the Petitioner will be at a substantial disvantage to defend his petition for writ of habeas corpus in that he cannot adequately format and present the relevant facts and applicable law to this Court.

7) Pursuant to 21 U.S.C. §§ 848(q), and 848(r), the Anti-Drug Abuse Act of 1988, which bestows upon capital defendants a mandatory right to counsel to prepare Federal habeas petitions, this petitioner states that counsel is valuable to him where his petition has called into question numerous substantial legal claims that he is unable to respond to properly;

8) While this Petitioner is not a capital defendant, his sentence could be held as a capital sentence in that should his petition fail he would spend the rest of his life in prison;

9) To deny this Petitioner's motion for the appointment of counsel would be manifestly unreasonable and create a substantial risk of the miscarriage of justice.

Therefore, Petitioner prays this Honorable Court will reconsider his Motion for Appointment of Counsel and appoint counsel forthwith. The appointment of counsel would not affect the Respondent's in any way.

DATE: March 18, 2006

Respectfully submitted,

Frederick Perry
Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043

CERTIFICATE OF SERVICE

I, Frederick Perry, being the Petitioner, do hereby certify that I have served upon the Massachusetts Attorney General, representing the Respondents in this matter, at thier address One Ashburton Place Boston, MA. 02108, a true and complete copy of Petitioner's Motion For Reconsideration Of Petitioner's Motion For Appointment of Counsel.

DATE: *March 18, 2006*

Respectfully submitted,

*Frederick Perry*
Frederick Perry
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043