## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__FREDERICK PERRY__
          **Petitioner**

                                                              **CIVIL ACTION**

          **V.**
                                                              **NO.   04CV12529-RWZ**

__LUIS SPENCER__
          **Respondent**

### ORDER OF DISMISSAL

__ZOBEL, D. J.__

In accordance with the Court's Memorandum and Order dated   __10/12/06__ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                              By the Court,

__10/13/06__                                              __s/ Lisa A. Urso__
  **Date**                                                    **Deputy Clerk**